R. Sam Hopkins, Chapter 7 Trustee
Correspondence email:  samhopkins@cableone.net
P.O. Box 3014
Pocatello, ID 83206-3014
Telephone:  (208) 478-7978
FAX:  (208) 478-7976

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

In re:

**Falter, Dustin Jay and**          Case No.: 19-41113-JMM
**Falter, Kelsey Jan**

                                         Chapter 7

                DEBTORS (S)

### TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTION AND OPPORTUNITY TO OBJECT AND FOR A HEARING

**Notice of Trustee's Objection to Claim of Exemption
and Opportunity to Object and for a Hearing**

<u>No Objection.</u> The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within thirty (30) days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection.</u> Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

<u>Hearing on Objection.</u> The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

TO THE ABOVE NAMED COURT, THE DEBTOR, AND DEBTOR'S ATTORNEY:

### **NOTICE**

**You are hereby notified** that the trustee of the above estate objects to the following exemption(s) claimed by the debtor(s) in this proceeding:

| Description | Law | Value |
|---|---|---|
| 1) Tools of Trade | IC 11-605(3) | $2,500 |

## OBJECTION

**Objection(s) is made on the following grounds:**

1) Tools of trade not required in primary occupation therefore exemption should be disallowed. (See *In re McHugh* at 10.2 IBCR 1).

Dated: February 7, 2020

        /S/  R. Sam Hopkins
        R. SAM HOPKINS, TRUSTEE

## CERTIFICATE OF MAILING

I hereby certify that on February 7, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the individuals with the term "ECF" noted next to their name.  I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) listed below.

        /s/Amber Williams
        Amber Williams, Case Administrator

U.S. Trustee, ECF
Falter, Dustin Jay, 745 N. University Drive , Blackfoot, ID 83221
Falter, Kelsey, 1482 N 1800 E, Terreton, ID 83450
Aaron J. Tolson, ECF
THOMAS D. SMITH, ECF